UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:08CV-00135-TBR
CRIMINAL ACTION NO. 1:06CR-00024-TBR

**COLIN CARPENTER**                                                                MOVANT/DEFENDANT

VS.

**UNITED STATES OF AMERICA**                                                 RESPONDENT/PLAINTIFF

## ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the United States' motion to dismiss is GRANTED and Carpenter's motion pursuant to § 2255 is DISMISSED.

A Certification of Appealability is DENIED.

Copies to:     Colin Carpenter, *pro se*
               Counsel of Record
               Magistrate Judge Goebel